In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-205 CR


____________________



ERIC GREENVILLE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 17435






MEMORANDUM OPINION


 Eric Greenville was indicted by a grand jury for felony driving while intoxicated.
Greenville filed an application for writ of habeas corpus. The trial court denied the writ. 
From that order, Greenville brings this appeal. See Tex. Code Crim. Proc. Ann. art.
11.08 (Vernon 1977). 

 Appellant claims the State is estopped from prosecuting this case on the grounds of
double jeopardy. The hearing on the petition suggests the basis for the claim is the ALR
hearing regarding the same facts as this case. That proceeding does not implicate double
jeopardy rights. See Tharp v. State, 935 S.W.2d 157, 161 (Tex. Crim. App. 1996). See
also Reynolds v. State, 4 S.W.3d 13, 20-21 (Tex. Crim. App. 1999).

 Appellant appears to raise the issue of entrapment in claiming Officer Noe became
a party to the offense and is criminally responsible for appellant's commission of the
crime. While appellant may raise that defense to prosecution, it is not a proper ground for
habeas corpus relief. See Tex. Pen. Code Ann. §§ 2.03, 8.06 (Vernon 2003). Appellant
has an adequate remedy by appeal. See Ex parte McCullough, 966 S.W.2d 529, 531 (Tex.
Crim. App. 1998).

 The order of the trial court denying the writ of habeas corpus is affirmed. 

 AFFIRMED. 

 PER CURIAM

Submitted on October 21, 2004 

Opinion Delivered October 27, 2004

Do not publish 


Before McKeithen, C.J., Burgess, and Gaultney, JJ.